ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for Defendant,
  State of New Jersey

By:  Christina M. Glogoff
     Deputy Attorney General
     (609) 777-3410

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| STEPHEN BEIGHTLER, | THE HON. JOSEPH A. GREENAWAY, JR., U.S.D.J. |
| Plaintiff, | DOCKET NO. 08-cv-966 (JAG-MCA) |
| v. | |
| OFFICE OF THE ESSEX COUNTY PROSECUTOR, ESSEX COUNTY, NEW JERSEY, STATE OF NEW JERSEY, | **ORDER EXTENDING THE TIME BY WHICH THE DEFENDANT STATE OF NEW JERSEY MAY RESPOND TO THE COMPLAINT** |
| Defendants. |  |

This matter having come before the Court on a motion of Christina M. Glogoff, Deputy Attorney General (Anne Milgram, Attorney General of New Jersey), appearing on behalf of Defendant, State of New Jersey, seeking an Order extending by thirty (30) days from the date the Order is signed the time for said Defendant to Respond to the Complaint, pursuant to Fed. R. Civ. P. 6(b)(2), and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78 and for good cause shown;

IT IS on this 15 day of May, 2008;

ORDERED, that Defendant's Motion is hereby granted; and, it is further,

ORDERED, that Defendant is permitted to respond to the Complaint on or before June 13 2008; and, it is further,

ORDERED, that a copy of this order shall be served upon all counsel of record within seven (7) days of its receipt by counsel for the moving party.

_____
THE HON. MADELINE C. ARLEO, U.S.M.J.